Case 05-40361   Doc 47   Filed 10/07/08   Entered 10/07/08 11:12:35   Desc   Page 1 of 3

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Reed, Mark | Case Number: 05 B 40361 |
|---|---|---|
| | Reed, Carmichia M | Judge: Wedoff, Eugene R |
| | Printed: 10/7/08 | Filed: 9/26/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: November 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,550.00 |  |
| Secured: |  | 7,279.26 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,710.20 |
| Trustee Fee: |  | 560.51 |
| Other Funds: |  | 0.03 |
| Totals: | 10,550.00 | 10,550.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,710.20 | 2,710.20 |
| 2. | Mortgage Clearing Corp | Secured | 0.00 | 0.00 |
| 3. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 4. | Heilig-Meyers | Secured | 536.79 | 367.45 |
| 5. | Mortgage Clearing Corp | Secured | 2,111.31 | 1,473.09 |
| 6. | Hawthorne Credit Union | Secured | 7,998.41 | 5,438.72 |
| 7. | Internal Revenue Service | Priority | 465.00 | 0.00 |
| 8. | Hawthorne Credit Union | Unsecured | 1,050.66 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 201.56 | 0.00 |
| 10. | Jefferson Capital | Unsecured | 466.16 | 0.00 |
| 11. | Bank Of America | Unsecured | 99.33 | 0.00 |
| 12. | Nicor Gas | Unsecured | 296.15 | 0.00 |
| 13. | Capital One | Unsecured | 568.00 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 243.00 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 2,406.65 | 0.00 |
| 16. | St James Hospital | Unsecured | 149.42 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 50.76 | 0.00 |
| 18. | Capital One | Unsecured | 357.76 | 0.00 |
| 19. | Capital One | Unsecured | 408.78 | 0.00 |
| 20. | AT&T Broadband | Unsecured | | No Claim Filed |
| 21. | Account Management Service | Unsecured | | No Claim Filed |
| 22. | Associated St James Radiologis | Unsecured | | No Claim Filed |
| 23. | Black Expressions | Unsecured | | No Claim Filed |
| 24. | Check N Go | Unsecured | | No Claim Filed |
| 25. | Blockbuster Video | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Reed, Mark | Case Number: 05 B 40361 |
|---|---|---|
| | Reed, Carmichia M | Judge: Wedoff, Eugene R |
| | Printed: 10/7/08 | Filed: 9/26/05 |

| # | Creditor | Type | | |
|---|---|---|---|---|
| 26. | Cingular Wireless | Unsecured | | No Claim Filed |
| 27. | Citibank | Unsecured | | No Claim Filed |
| 28. | City of Harvey | Unsecured | | No Claim Filed |
| 29. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 30. | Collection | Unsecured | | No Claim Filed |
| 31. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 32. | Direct Tv | Unsecured | | No Claim Filed |
| 33. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 34. | Compucred | Unsecured | | No Claim Filed |
| 35. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 36. | ERS | Unsecured | | No Claim Filed |
| 37. | Discover Financial Services | Unsecured | | No Claim Filed |
| 38. | Excel Emergency Care | Unsecured | | No Claim Filed |
| 39. | Leading Edge | Unsecured | | No Claim Filed |
| 40. | Kmart Corp | Unsecured | | No Claim Filed |
| 41. | George E Morris Jr DDS | Unsecured | | No Claim Filed |
| 42. | Keynote Consuling | Unsecured | | No Claim Filed |
| 43. | MRSI | Unsecured | | No Claim Filed |
| 44. | Neurology Associates LTD | Unsecured | | No Claim Filed |
| 45. | MCI | Unsecured | | No Claim Filed |
| 46. | SBC | Unsecured | | No Claim Filed |
| 47. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 48. | Puzzlemania | Unsecured | | No Claim Filed |
| 49. | Guarantee Bank | Unsecured | | No Claim Filed |
| 50. | Sprint PCS | Unsecured | | No Claim Filed |
| 51. | TRS Services | Unsecured | | No Claim Filed |
| 52. | T Mobile USA | Unsecured | | No Claim Filed |
| 53. | USA Services | Unsecured | | No Claim Filed |
| 54. | Wellgroup Health Partners | Unsecured | | No Claim Filed |
| 55. | Zwicker & Associates,P.C. | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,119.94 | $ 9,989.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 220.00 |
| 5% | 74.99 |
| 4.8% | 57.60 |
| 5.4% | 207.92 |
| | _____ |
| | $ 560.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Reed, Mark<br>Reed, Carmichia M<br>Printed: 10/7/08 | Case Number:  05 B 40361<br>Judge:  Wedoff, Eugene R<br>Filed:  9/26/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

